## STATE OF CONNECTICUT *v.* CLYDE MEIKLE
## (AC 31128)

Lavine, Alvord and Schaller, Js.

Argued October 22—officially released November 16, 2010

Per Curiam. The judgment is affirmed.

## TONY A. WILSON *v.* CONNECTICUT BAR
## EXAMINING COMMITTEE
## (AC 31283)
## (AC 31364)

Harper, Alvord and Peters, Js.

Submitted on briefs October 25—officially released November 16, 2010

Per Curiam. The judgment is affirmed.

## BALRAM SETHI *v.* BRUHAN YAGILDERE ET AL.
## (AC 31463)

Alvord, Bear and Peters, Js.

Argued November 8—officially released November 30, 2010

Per Curiam. The judgment is affirmed.